# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ASHLEY EVANS, | : | Case No. 1:22-cv-343 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| TECH PRODUCTS CORPORATION, | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION TO TRANSFER VENUE

This civil action is before the Court on the parties' joint motion to transfer venue. (Doc. 5).  The parties indicate that Defendant is an Ohio corporation with its principal place of business in Montgomery County, Ohio.

Accordingly, pursuant to 28 U.S.C. § 1404(b) and Local Rule 82.1, the motion (Doc. 5) is **GRANTED**.  The above captioned case shall be **TRANSFERRED** to the Dayton Division of the United States District Court for the Southern District of Ohio for reassignment to a Judge at that location.

**IT IS SO ORDERED.**

Date:  9/14/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge